## LOEB v. ROME RAILWAY AND LIGHT COMPANY.

BECK, J. 1. It not appearing that under the evidence and pleadings in this case the court abused his discretion, the judgment of the court refusing the grant of the interlocutory injunction prayed will not be disturbed.

*Judgment affirmed. Fish, C. J., absent. The other Justices concur.*

MARCH 14, 1911.

Petition for injunction. Before Judge Maddox. Floyd superior court. June 29, 1910.

*H. A. Alexander,* for plaintiff. *Dean & Dean,* for defendant.